UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| In re: | * | CHAPTER 7 |
| | * | |
| MARY TORRENCE WILLIAMS, | * | Case No. 20-62464-wlh |
| | * | |
| Debtor. | * | |

**AMENDMENT TO SCHEDULES**

COMES NOW MARY TORRENCE WILLIAMS, debtor in the above-captions chapter 7 case ("Debtor"), by and through Counsel, and files this Amendment to Schedules and shows the Court as follows:

1.      Debtor would amend Schedule E/F, Creditors Who Have Unsecured Claims, to include the following creditors as shown on the attached:

| Comcast/Effectv (Arlington)<br>P.O. Box 415949<br>Boston, MA 02241-5949 | Business Invoices | $ 7,654.07 |
| Comcast (Memphis)<br>P.O. Box 415949<br>Boston, MA 02241-5949 | Business Invoices | $ 8,499.92 |
| Intuit QuickBooks Payments<br>Attn:  Collections<br>21650 Oxnard St, Suite 2200<br>Woodland Hills, CA 91367 | Business Invoices | $ 101,028.75 |
| KATZ-FM<br>3964 Collection Center Dr<br>Chicago, IL 60693-0039 | Business Invoices | $ 9,741.00 |
| Lamar Adv.<br>P.O. Box 96030<br>Baton Rouge, LA 70896 | Business Invoices | $ 7,410.00 |
| Miami Church Bulletin<br>P.O. Box 2703<br>Schiller Park, IL 60176 | Business Invoices | $ 1,068.93 |

1

| | | |
|---|---|---|
| Miami Church Bulletin<br>c/o Brent & Clark<br>721 E. Madison St, Suite 200<br>Villa Park, IL 60181 | Business Invoices | $ 1,068.93 |
| Mountain Times<br>P.O. Box 1815<br>Boone, NC 28607 | Business Invoices | $ 6,992.00 |
| Outfront (Atlanta)<br>185 US Hwy 46<br>Fairfield, NJ 07004 | Business Invoices | $ 1.00 |
| Pandora (Atlanta)<br>25601 Network Pl<br>Chicago, IL 60673-1256 | Business Invoices | $ 17,021.33 |
| Pandora (Birmingham)<br>25601 Network Pl<br>Chicago, IL 60673-1256 | Business Invoices | $ 4,182.84 |
| Pandora (Greenville)<br>25601 Network Pl<br>Chicago, IL 60673-1256 | Business Invoices | $ 6,670.10 |
| Pandora (Memphis)<br>25601 Network Pl<br>Chicago, IL 60673-1256 | Business Invoices | $ 6,692.41 |
| Pandora (Nashville)<br>25601 Network Pl<br>Chicago, IL 60673-1256 | Business Invoices | $ 9,086.98 |
| Spectrum Reach f/k/a<br>Time Warner Cable (Cary)<br>1633 Broadway, 39th Floor<br>New York, NY 10019 | Business Invoices | $ 8,594.35 |
| ValPak (Bham)<br>805 Executive Center Dr West<br>St. Petersburg, FL 33702 | Business Invoices | $ 2,250.00 |

| | | |
|---|---|---|
| ValPak (Bham)<br>c/o Cisco, Inc.<br>P.O. Box 801088<br>Houston, TX 77280-1088 | Business Invoices | $ 2,250.00 |
| ValPak (Memphis)<br>805 Executive Center Dr West<br>St. Petersburg, FL 33702 | Business Invoices | $ 2,250.00 |
| ValPak (Memphis)<br>c/o Cisco, Inc.<br>P.O. Box 801088<br>Houston, TX 77280-1088 | Business Invoices | $ 2,250.00 |
| WBLS-FM (Emmis Communications)<br>P.O. Box 842136<br>Boston, MA 02284-2136 | Business Invoices | $ 17,085.00 |
| WCJK-FM (Midwest Comm)<br>P.O. Box 40506<br>Nashville, TN 37204 | Business Invoices | $ 1,783.65 |
| WCJK-FM (Midwest Comm)<br>c/o Richard T Avis, Attorney<br>P.O. Box 31579<br>Chicago, IL 60631 | Business Invoices | $ 1,783.65 |
| WEGR-FM (iHeart)<br>P.O. Box 406372<br>Atlanta, GA 30384-6372 | Business Invoices | $ 8,485.55 |
| WERQ-FM<br>1705 Whitehead Rd<br>Baltimore, MD 21207 | Business Invoices | $ 12,325.00 |
| WGFX-FM<br>3617 Momentum Pl<br>Chicago, IL 60689-5336 | Business Invoices | $ 4,772.75 |
| WIKS-FM<br>207 Glenburnie Dr<br>New Bern, NC 28560 | Business Invoices | $ 6,043.50 |
| WJXA-FM (Midwest Comm)<br>P.O. Box 40506<br>Nashville, TN 37204 | Business Invoices | $ 1,794.35 |

| | | |
|---|---|---|
| WJXA-FM (Midwest Comm)<br>c/o Richard T Avis, Attorney<br>P.O. Box 31579<br>Chicago, IL 60631 | Business Invoices | $ 1,794.35 |
| WKYS-FM (Radio One)<br>8515 Georgia Ave<br>Silver Spring, MD 20910 | Business Invoices | $ 13,493.75 |
| WMMJ-FM (Radio One)<br>8515 Georgia Ave<br>Silver Spring, MD 20910 | Business Invoices | $ 2,576.25 |
| WQOK-FM/WNNL (Radio One)<br>8001-101 Creedmoor Rd<br>Raleigh, NC 27613 | Business Invoices | $ 4,760.00 |
| WRBO-FM<br>3644 Momentum Pl<br>Chicago, IL 60689-5336 | Business Invoices | $ 7,055.00 |
| WROQ-FM<br>P.O. Box 92911<br>Cleveland, OH 44194 | Business Invoices | $ 5,992.50 |
| WSB-AM (Cox Media)<br>P.O. Box 83191<br>Chicago, IL 60691-0191 | Business Invoices | $ 5,610.00 |
| WSB-FM (Cox Media)<br>P.O. Box 83191<br>Chicago, IL 60691-0191 | Business Invoices | $ 6,592.50 |
| WSRV-FM<br>P.O. Box 83191<br>Chicago, IL 60691-0191 | Business Invoices | $ 5,083.00 |
| WSSL-FM (iHeart)<br>P.O. Box 406372<br>Atlanta, GA 30384-6372 | Business Invoices | $ 16,765.40 |
| WUPA-TV (CW)<br>P.O. Box 13837<br>Newark, NJ 07188-0837 | Business Invoices | $ 23,617.25 |

WWIN-FM                              Business Invoices              $ 14,790.00
P.O. Box 603441
Charlotte, NC 28260-3441


      2.      Debtor would amend (Form 106Sum) Summary of Your Assets and Liabilities

and Certain Statistical Information as shown on the attached.

      WHEREFORE, Debtor prays:

      a)      That this Amendment be read, filed and considered; and

      b)      That the Court accord Debtor any other relief it deems mete and proper.

      Dated:  June 22, 2020.

                    _____  /s/ _____
                    Angelyn M. Wright
                    Georgia Bar No. 777662
                    *Attorney for Debtor*

THE WRIGHT LAW ALLIANCE, P.C.
1244 Clairmont Road, Suite 222
P.O. Box 3576
Decatur, GA 30031
(404) 373-9933  Phone
(888) 900-0610  Fax
twlopc@earthlink.net

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Mary Torrence Williams** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number | **20-62464-wlh** |
| (if known) | |

■ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
    ☐ No. Go to Part 2.
    ■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | **Georgia Department of Revenue** | Last 4 digits of account number  6187 | **$0.00** | **$0.00** | **$0.00** |

| |
|---|
| Priority Creditor's Name |
| **Bankruptcy Dept.** |
| **P.O. Box 161108** |
| **Atlanta, GA 30321** |
| Number Street City State Zip Code |

When was the debt incurred?

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**NOTICE ONLY**

| Debtor 1 | **Mary Torrence Williams** | | Case number (if known) | **20-62464-wlh** |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 2.2 | **Internal Revenue Service** | Last 4 digits of account number **6187** | **$1,893.00** | **$1,893.00** | **$0.00** |

Priority Creditor's Name
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred?   **2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Contingent

☐ Debtor 2 only
☐ Unliquidated

☐ Debtor 1 and Debtor 2 only
☐ Disputed

☐ At least one of the debtors and another
**Type of PRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**
☐ Domestic support obligations

**Is the claim subject to offset?**
■ Taxes and certain other debts you owe the government

■ No
☐ Claims for death or personal injury while you were intoxicated

☐ Yes
☐ Other. Specify _____

**2017 Income taxes**

---

| | | | | | |
|---|---|---|---|---|---|
| 2.3 | **Internal Revenue Service** | Last 4 digits of account number **6187** | **$1,942.00** | **$1,942.00** | **$0.00** |

Priority Creditor's Name
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred?   **2018**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Contingent

☐ Debtor 2 only
☐ Unliquidated

☐ Debtor 1 and Debtor 2 only
☐ Disputed

☐ At least one of the debtors and another
**Type of PRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**
☐ Domestic support obligations

**Is the claim subject to offset?**
■ Taxes and certain other debts you owe the government

■ No
☐ Claims for death or personal injury while you were intoxicated

☐ Yes
☐ Other. Specify _____

**2018 Income taxes**

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1   **Mary Torrence Williams**                                                    Case number (if known)    **20-62464-wlh**

| 4.1 | **6th Avenue Capital** | Last 4 digits of account number | | $109,973.80 |

Nonpriority Creditor's Name
**ATX MCA Fund I LLC**
**805 Las Camas Pkwy, #350**
**Austin, TX 78746**

When was the debt incurred?    **1/8/2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

- ■ Other. Specify    **Business Loan Guaranty**

---

| 4.2 | **Bank of America** | Last 4 digits of account number    **4358** | | $2,307.33 |

Nonpriority Creditor's Name
**P.O. Box 982238**
**El Paso, TX 79998-2238**

When was the debt incurred?    **Various dates**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

- ■ Other. Specify    **Credit card charges**

---

| 4.3 | **Bank of America** | Last 4 digits of account number    **6315** | | $4,633.22 |

Nonpriority Creditor's Name
**P.O. Box 982238**
**El Paso, TX 79998-2238**

When was the debt incurred?    **Various dates**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

- ■ Other. Specify    **Business Advantage Business Credit Card**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1  **Mary Torrence Williams**                                      Case number (if known)  **20-62464-wlh**

---

| 4.4 | **BlueVine Capital, Inc.** | Last 4 digits of account number | | $13,883.74 |

Nonpriority Creditor's Name

**401 Warren St, Suite 300**
**Redwood City, CA 94063**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?  **1/21/2019**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Loan Guaranty**

---

| 4.5 | **Capital One Bank (USA), N.A.** | Last 4 digits of account number  **2712** | | $1,127.93 |

Nonpriority Creditor's Name

**P.O. Box 30281**
**Salt Lake City, UT 84130-0281**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?  **Various dates**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit card charges**

---

| 4.6 | **Capital One Bank (USA), N.A.** | Last 4 digits of account number  **5910** | | $4,793.50 |

Nonpriority Creditor's Name

**P.O. Box 30281**
**Salt Lake City, UT 84130-0281**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?  **Various dates**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit card charges (VISA)**

---

Debtor 1  **Mary Torrence Williams**                                   Case number (if known)  **20-62464-wlh**

---

| 4.7 | **Comcast (Memphis)** | Last 4 digits of account number | **Various business invoices** | **$8,499.92** |

Nonpriority Creditor's Name
**P.O. Box 415949**
**Boston, MA 02241-5949**
Number Street City State Zip Code

When was the debt incurred?  **2019**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Invoice Nos. SW4254, SW6490, SW9512, SW10711**

---

| 4.8 | **Comcast/Effectv (Arlington)** | Last 4 digits of account number | **Various business invoices** | **$7,654.07** |

Nonpriority Creditor's Name
**P.O. Box 415949**
**Boston, MA 02241-5949**
Number Street City State Zip Code

When was the debt incurred?  **2019**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Invoice Nos. ES2640809, ES2642290, ES2650191**

---

| 4.9 | **Don M. Roman, Sr.** | Last 4 digits of account number | | **$155,000.00** |

Nonpriority Creditor's Name
**1462 Crooked Tree Cir.**
**Stone Mountain, GA 30088**
Number Street City State Zip Code

When was the debt incurred?  **2/25/2019**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Loan**

---

Debtor 1  **Mary Torrence Williams**                                        Case number (if known)   **20-62464-wlh**

---

**4.10**

**FNB Omaha**                                     Last 4 digits of account number   **4421**                           **$4,028.20**
Nonpriority Creditor's Name
**1620 Dodge St**                                 When was the debt incurred?   **Various dates**
**Omaha, NE 68197-0003**
Number Street City State Zip Code                 As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
                                                  ☐ Contingent
■ Debtor 1 only                                   ☐ Unliquidated
☐ Debtor 2 only                                   ☐ Disputed
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another         Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community         ☐ Student loans
debt                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                   report as priority claims
                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                             ■ Other. Specify  **Credit card charges**

---

**4.11**

**Intuit QuickBooks Payments**                    Last 4 digits of account number   **7517**                          **$101,028.75**
Nonpriority Creditor's Name
**Attn:  Collections**                            When was the debt incurred?
**21650 Oxnard St, Suite 2200**
**Woodland Hills, CA 91367**
Number Street City State Zip Code                 As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
                                                  ☐ Contingent
■ Debtor 1 only                                   ☐ Unliquidated
☐ Debtor 2 only                                   ■ Disputed
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another         Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community         ☐ Student loans
debt                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                   report as priority claims
                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                             ■ Other. Specify  **Chargeback Case #146284061**

---

**4.12**

**Kabbage, Inc.**                                 Last 4 digits of account number   **7634**                          **$21,257.74**
Nonpriority Creditor's Name
**PO box 77081**                                  When was the debt incurred?   **2016**
**Atlanta, GA 30357**
Number Street City State Zip Code                 As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
                                                  ■ Contingent
■ Debtor 1 only                                   ☐ Unliquidated
☐ Debtor 2 only                                   ☐ Disputed
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another         Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community         ☐ Student loans
debt                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                   report as priority claims
                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                             ■ Other. Specify  **Business Loan Guaranty**

---

Debtor 1  **Mary Torrence Williams**                                      Case number (if known)   **20-62464-wlh**

---

| 4.1 3 | | | |
|---|---|---|---|

**KATZ-FM**                    Last 4 digits of account number   **Various business invoices**         **$9,741.00**
Nonpriority Creditor's Name
**3964 Collection Center Dr**   When was the debt incurred?   **2019**
**Chicago, IL 60693-0039**
Number Street City State Zip Code              As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                    ■ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only       ■ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community debt**   ☐ Student loans
**Is the claim subject to offset?**   ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                               ☐ Debts to pension or profit-sharing plans, and other similar debts
                                   **Invoice Nos. 4514552551, 4514552571, 4514678092, 4514678128, 4514830778, 4514830745**
☐ Yes                              ■ Other. Specify

---

| 4.1 4 | | | |
|---|---|---|---|

**Lamar Adv.**                  Last 4 digits of account number   **Various business invoices**         **$7,410.00**
Nonpriority Creditor's Name
**P.O. Box 96030**               When was the debt incurred?   **2019**
**Baton Rouge, LA 70896**
Number Street City State Zip Code              As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                    ■ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only       ■ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community debt**   ☐ Student loans
**Is the claim subject to offset?**   ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                               ☐ Debts to pension or profit-sharing plans, and other similar debts
                                   **Invoice Nos. 110616593, 110804347, 110908216, 110989488, 111076412**
☐ Yes                              ■ Other. Specify

---

| 4.1 5 | | | |
|---|---|---|---|

**Lending Club**                Last 4 digits of account number   **3843**         **$16,795.15**
Nonpriority Creditor's Name
**71 Stevenson St., Suite 300**   When was the debt incurred?   **2/2016**
**San Francisco, CA 94105**
Number Street City State Zip Code              As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                    ■ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only       ■ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community debt**   ☐ Student loans
**Is the claim subject to offset?**   ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                              ■ Other. Specify   **Business Loan - Guaranty**

---

Debtor 1  **Mary Torrence Williams**                                                          Case number (if known)    **20-62464-wlh**

---

| 4.1 6 | **Miami Church Bulletin** | Last 4 digits of account number | **5009** | **$1,068.93** |

Nonpriority Creditor's Name

**P.O. Box 2703**
**Schiller Park, IL 60176**

When was the debt incurred?    **2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Business vendor**

---

| 4.1 7 | **Mountain Times** | Last 4 digits of account number | **4835** | **$6,992.00** |

Nonpriority Creditor's Name

**P.O. Box 1815**
**Boone, NC 28607**

When was the debt incurred?    **2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Business vendor**

---

| 4.1 8 | **Outfront (Atlanta)** | Last 4 digits of account number | | **$1.00** |

Nonpriority Creditor's Name

**185 US Hwy 46**
**Fairfield, NJ 07004**

When was the debt incurred?    **2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Business vendor**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                  Best Case Bankruptcy

Debtor 1  **Mary Torrence Williams**

Case number (if known)      **20-62464-wlh**

---

| 4.1 9 | | | |
|---|---|---|---|

**Pandora (Atlanta)**

Nonpriority Creditor's Name

**25601 Network Pl**
**Chicago, IL 60673-1256**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

Last 4 digits of account number

**Various business invoices**

**When was the debt incurred?**    **2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **Invoice Nos. 11704476, 11716217, 11722238**

**$17,021.33**

---

| 4.2 0 | | | |
|---|---|---|---|

**Pandora (Birmingham)**

Nonpriority Creditor's Name

**25601 Network Pl**
**Chicago, IL 60673-1256**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

Last 4 digits of account number

**Various business invoices**

**When was the debt incurred?**    **2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **Invoice Nos. 11704475, 11716211**

**$4,182.84**

---

| 4.2 1 | | | |
|---|---|---|---|

**Pandora (Greenville)**

Nonpriority Creditor's Name

**25601 Network Pl**
**Chicago, IL 60673-1256**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

Last 4 digits of account number

**Various business invoices**

**When was the debt incurred?**    **2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **Invoice Nos. 11704477, 11716206, 11722212**

**$6,670.10**

---

| Debtor 1 | **Mary Torrence Williams** | Case number (if known) | **20-62464-wlh** |

---

| 4.2 2 | **Pandora (Memphis)** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name

**25601 Network Pl**
**Chicago, IL 60673-1256**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number **Various business invoices**     **$6,692.41**

**When was the debt incurred?**     **2019**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Invoice Nos. 11704474, 11716229**

---

| 4.2 3 | **Pandora (Nashville)** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name

**25601 Network Pl**
**Chicago, IL 60673-1256**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number **Various business invoices**     **$9,086.98**

**When was the debt incurred?**     **2019**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Invoice Nos. 11704478, 11716228, 11722236**

---

| 4.2 4 | **Peachtree Offices** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name

**3355 Lenox Rd NE, #750**
**Atlanta, GA 30326**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number     **$18,150.00**

**When was the debt incurred?**     **12/18/2018**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Commercial Lease**

---

Debtor 1 **Mary Torrence Williams**

Case number (if known) **20-62464-wlh**

| | | | | |
|---|---|---|---|---|
| 4.2 5 | **Spectrum Reach f/k/a** | Last 4 digits of account number | **Various business invoices** | **$8,594.35** |

Nonpriority Creditor's Name
**Time Warner Cable (Cary)**
**1633 Broadway, 39th Floor**
**New York, NY 10019**

When was the debt incurred?   **2019**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Invoice Nos. INV-20438290, INV-20460071, INV-20465457**

---

| | | | |
|---|---|---|---|
| 4.2 6 | **SZABO Assocs Inc.** | Last 4 digits of account number | **$1,219.00** |

Nonpriority Creditor's Name
**3355 Lenox Rd NE, #945**
**Atlanta, GA 30326**

When was the debt incurred?   **3/2017**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection of company vendor obligation**

---

| | | | | |
|---|---|---|---|---|
| 4.2 7 | **USAA Savings Bank** | Last 4 digits of account number | **7667** | **$4,687.30** |

Nonpriority Creditor's Name
**PO Box 33009**
**San Antonio, TX 78265-3009**

When was the debt incurred?   **Various dates**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card charges**

---

Debtor 1 **Mary Torrence Williams**

Case number (if known)    **20-62464-wlh**

---

| 4.2 8 | **ValPak (Bham)** | | **Business invoice** | | **$2,250.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number

**805 Executive Center Dr West**
**Saint Petersburg, FL 33702**

When was the debt incurred?    **2019**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                    ■ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only       ■ Disputed
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Invoice No. 165629**

---

| 4.2 9 | **ValPak (Memphis)** | | **Business invoice** | | **$2,250.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number

**805 Executive Center Dr West**
**Saint Petersburg, FL 33702**

When was the debt incurred?    **2019**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                    ■ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only       ■ Disputed
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Invoice No. 165630**

---

| 4.3 0 | **WBLS-FM (Emmis Communications)** | | **Various business invoices** | | **$17,085.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number

**P.O. Box 842136**
**Boston, MA 02284-2136**

When was the debt incurred?    **2019**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                    ■ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only       ■ Disputed
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Invoice Nos. IN-11909132790, IN-11910133485, IN-11911134121, IN-11912173**

---

Debtor 1  **Mary Torrence Williams**                                          Case number (if known)  **20-62464-wlh**

---

| 4.3 1 | **WCJK-FM (Midwest Comm)** | | **Various business invoices** | |
|---|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number | | $1,783.65 |

**P.O. Box 40506**
**Nashville, TN 37204**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**   **2019**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Invoice Nos. 107785-6, 108039-6**

---

| 4.3 2 | **WEGR-FM (iHeart)** | | **Various business invoices** | |
|---|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number | | $8,485.55 |

**P.O. Box 406372**
**Atlanta, GA 30384-6372**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No




- ☐ Yes

**When was the debt incurred?**   **2019**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Invoice Nos. 2814223870, 2814223861, 2814376513, 2814376531, 2814597719, 2814597686, 2814640496, 2814631203, 2814631168, 2814748376, 2814748396**

---

Debtor 1  **Mary Torrence Williams**                                                  Case number (if known)   **20-62464-wlh**

---

| 4.3 3 | **WERQ-FM** | | **Various business invoices** | | $12,325.00 |

Nonpriority Creditor's Name
**1705 Whitehead Rd**
**Baltimore, MD 21207**                           **Last 4 digits of account number**
Number Street City State Zip Code

**Who incurred the debt?** Check one.                     **When was the debt incurred?**    **2019**

- ☑ Debtor 1 only                                  **As of the date you file, the claim is:** Check all that apply
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only                     - ☑ Contingent
- ☐ At least one of the debtors and another        - ☐ Unliquidated
- ☑ **Check if this claim is for a community debt**    - ☑ Disputed

**Is the claim subject to offset?**                **Type of NONPRIORITY unsecured claim:**

- ☑ No                                             - ☐ Student loans
                                                   - ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Yes                                            - ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                   - ☑ Other. Specify  **Invoice Nos. 569602-2, 569602-3, 569602-4, 569602-5, 569602-6**

---

| 4.3 4 | **WGFX-FM** | | **Various business invoices** | | $4,772.75 |

Nonpriority Creditor's Name
**3617 Momentum Pl**
**Chicago, IL 60689-5336**                          **Last 4 digits of account number**
Number Street City State Zip Code

**Who incurred the debt?** Check one.                     **When was the debt incurred?**    **2019**

- ☑ Debtor 1 only                                  **As of the date you file, the claim is:** Check all that apply
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only                     - ☑ Contingent
- ☐ At least one of the debtors and another        - ☐ Unliquidated
- ☐ **Check if this claim is for a community debt**    - ☑ Disputed

**Is the claim subject to offset?**                **Type of NONPRIORITY unsecured claim:**

- ☑ No                                             - ☐ Student loans
                                                   - ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Yes                                            - ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                   - ☑ Other. Specify  **Invoice Nos. AA2160905, AA2190056**

---

| 4.3 5 | **WIKS-FM** | | **Various business invoices** | | $6,043.50 |

Nonpriority Creditor's Name
**207 Glenburnie Dr**
**New Bern, NC 28560**                              **Last 4 digits of account number**
Number Street City State Zip Code

**Who incurred the debt?** Check one.                     **When was the debt incurred?**    **2019**

- ☑ Debtor 1 only                                  **As of the date you file, the claim is:** Check all that apply
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only                     - ☑ Contingent
- ☐ At least one of the debtors and another        - ☐ Unliquidated
- ☐ **Check if this claim is for a community debt**    - ☑ Disputed

**Is the claim subject to offset?**                **Type of NONPRIORITY unsecured claim:**

- ☑ No                                             - ☐ Student loans
                                                   - ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
                                                   - ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes                                            - ☑ Other. Specify  **Invoice Nos. IN-K-119095472, IN-K-119105653, IN-K-119115802**

---

Debtor 1  **Mary Torrence Williams**                                    Case number (if known)   **20-62464-wlh**

---

| 4.3 6 | **WJXA-FM (Midwest Comm)** | Last 4 digits of account number | **Various business invoices** | $1,794.35 |

Nonpriority Creditor's Name
**P.O. Box 40506**
**Nashville, TN 37204**
Number Street City State Zip Code

**When was the debt incurred?**   **2019**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Invoice Nos. 108038-6, 108041-6**

---

| 4.3 7 | **WKYS-FM (Radio One)** | Last 4 digits of account number | **Various business invoices** | $13,493.75 |

Nonpriority Creditor's Name
**8515 Georgia Ave**
**Silver Spring, MD 20910**
Number Street City State Zip Code

**When was the debt incurred?**   **2019**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Invoice Nos. 538547-8, 538547-9, 538547-10, 538547-11, 538547-12**

---

| 4.3 8 | **WMMJ-FM (Radio One)** | Last 4 digits of account number | **Business invoice** | $2,576.25 |

Nonpriority Creditor's Name
**8515 Georgia Ave**
**Silver Spring, MD 20910**
Number Street City State Zip Code

**When was the debt incurred?**   **2019**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Invoice No. 2814960748**

---

| Debtor 1 | **Mary Torrence Williams** | Case number (if known) | **20-62464-wlh** |

---

**4.39**

**WQOK-FM/WNNL (Radio One)**
Nonpriority Creditor's Name

**8001-101 Creedmoor Rd**
**Raleigh, NC 27613**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

**Various business invoices**

**When was the debt incurred?**     **2019**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Invoice Nos. 572851-3, 598500-1**

$4,760.00

---

**4.40**

**WRBO-FM**
Nonpriority Creditor's Name

**3644 Momentum Pl**
**Chicago, IL 60689-5336**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

**Various business invoices**

**When was the debt incurred?**     **2019**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Invoice Nos. AA2105928, AA2139838, AA2189271, AA2224904, AA2248035**

$7,055.00

---

**4.41**

**WROQ-FM**
Nonpriority Creditor's Name

**P.O. Box 92911**
**Cleveland, OH 44194**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

**Various business invoices**

**When was the debt incurred?**     **2019**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Invoice Nos. 1355436-1, 1355436-2**

$5,992.50

---

Debtor 1 **Mary Torrence Williams**                                   Case number (if known) **20-62464-wlh**

---

| 4.4 2 | | | |
|---|---|---|---|

**WSB-AM (Cox Media)**

Nonpriority Creditor's Name

**P.O. Box 83191**
**Chicago, IL 60691-0191**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number          **Various business invoices**

When was the debt incurred?          **2019**

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Invoice Nos. 512460-7, 512460-8**

$5,610.00

---

| 4.4 3 | | | |
|---|---|---|---|

**WSB-FM (Cox Media)**

Nonpriority Creditor's Name

**P.O. Box 83191**
**Chicago, IL 60691-0191**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number          **Various business invoices**

When was the debt incurred?          **2019**

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Invoice Nos. 553387-5, 512511-8, 512511-9, 553387-6**

$6,592.50

---

| 4.4 4 | | | |
|---|---|---|---|

**WSRV-FM**

Nonpriority Creditor's Name

**P.O. Box 83191**
**Chicago, IL 60691-0191**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number          **Various business invoices**

When was the debt incurred?          **2019**

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Invoice Nos. 512502-7, 512502-8**

$5,083.00

---

Debtor 1  **Mary Torrence Williams**                                Case number (if known)   **20-62464-wlh**

---

| 4.4 5 | **WSSL-FM (iHeart)** | Last 4 digits of account number | **Various business invoices** | $16,765.40 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 406372**
**Atlanta, GA 30384-6372**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**  **2019**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Invoice Nos. 2214409833, 2214527129, 2214657732, 2214818099, 2214965853**

---

| 4.4 6 | **WUPA-TV (CW)** | Last 4 digits of account number | **Various business invoices** | $23,617.25 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 13837**
**Newark, NJ 07188-0837**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**  **2019**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Invoice Nos. 330013352, 330014032**

---

| 4.4 7 | **WWIN-FM** | Last 4 digits of account number | **Various business invoices** | $14,790.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 603441**
**Charlotte, NC 28260-3441**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**  **2019**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Invoice Nos. 569592-1, 569592-2, 569592-3, 569592-4**

---

| Debtor 1 **Mary Torrence Williams** | Case number (if known) **20-62464-wlh** |
|---|---|

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **6th Avenue Capital**<br>**420 Lexington Ave, #2450**<br>**New York, NY 10107** | Line **4.1** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Celtic Bank Corporation**<br>**268 South State St, Suite 300**<br>**Salt Lake City, UT 84111** | Line **4.4** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Miami Church Bulletin**<br>**c/o Brennan & Clark**<br>**721 E. Madison St, Suite 200**<br>**Villa Park, IL 60181** | Line **4.16** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **USAA Credit Card Services**<br>**PO Box 65020**<br>**San Antonio, TX 78265-5020** | Line **4.27** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **ValPak (Bham)**<br>**c/o Cisco, Inc.**<br>**P.O. Box 801088**<br>**Houston, TX 77280-1088** | Line **4.28** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **ValPak (Memphis)**<br>**c/o Cisco, Inc.**<br>**P.O. Box 801088**<br>**Houston, TX 77280-1088** | Line **4.29** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **WCJK-FM (Midwest Comm)**<br>**c/o Richard T Avis, Attorney**<br>**P.O. Box 31579**<br>**Chicago, IL 60631** | Line **4.31** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **WJXA-FM (Midwest Comm)**<br>**c/o Richard T Avis, Attorney**<br>**P.O. Box 31579**<br>**Chicago, IL 60631** | Line **4.36** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | **Total Claim** |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 3,835.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |

| Debtor 1 | **Mary Torrence Williams** | | Case number (if known) | **20-62464-wlh** |

| | | | | |
|---|---|---|---|---|
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 3,835.00 |

| | | | | **Total Claim** |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 715,626.04 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 715,626.04 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Mary Torrence Williams** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number | **20-62464-wlh** |
| (if known) | |

■ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:     Summarize Your Assets

|  |  | **Your assets** Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.................................................................... | $    230,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B........................................................... | $    28,308.75 |
| | 1c. Copy line 63, Total of all property on Schedule A/B.................................................................... | $    258,308.75 |

### Part 2:     Summarize Your Liabilities

|  |  | **Your liabilities** Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $    8,676.80 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............... | $    3,835.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........... | $    715,626.04 |
| | **Your total liabilities** | $    728,137.84 |

### Part 3:     Summarize Your Income and Expenses

|  |  | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*.................................................. | $    6,541.32 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*.......................................................... | $    7,033.97 |

### Part 4:     Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

  ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

  ■ Yes

7. **What kind of debt do you have?**

  ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

  ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Mary Torrence Williams**                                    Case number *(if known)*  **20-62464-wlh**

8.    **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
      122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                   $ _____

9.    **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | | Total claim |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ | 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | 3,835.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ | 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ | 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ | 3,835.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

STATE OF GEORGIA
COUNTY OF ROCKDALE

VERIFICATION

I, MARY TORRENCE WILLIAMS, petitioner in the foregoing petition, declare, under penalty of perjury, pursuant to Bankruptcy Rule 1008, that the foregoing Amendment is true and correct.

Dated:   June 21, 2020.

/s/ Mary Torrence Williams
Mary Torrence Williams

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on June 22, 2020, the foregoing document was electronically filed using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

S. Gregory Hays, Chapter 7 Trustee
ghays@haysconsulting.net, saskue@haysconsulting.net; GA32@ecfcbis.com

Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov

Ira L. Rachelson on behalf of ATX MCA Fund I, LLC
irachelson@brawwlaw.com, brachelson@brawwlaw.com

I further certify that on June 22, 2020, I caused a copy of this document to be served via U.S. First Class Mail, with adequate postage prepaid, on the parties set forth below and on the attached Exhibit "A" at the address(es) shown for each.

Mary Torrence Williams
2518 Chimney Ridge Dr SW
Conyers, GA 30094

Capital One Auto Finance, a division of Capital One, N.A.
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

I further certify that pursuant to Local Rule 9007-2(d) that I have this day served all creditors added by amendment with all Notices previously served on all other creditors and interested parties.

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECCT.**

Dated:  June 22, 2020.

/s/ Angelyn M. Wright
Angelyn M. Wright
Georgia Bar No. 777662
twlopc@earthlink.net

SUPPLEMENTAL CREDITOR LIST
In re:  Mary Torrence Williams
Case No. 20-62464-wlh


Comcast/Effectv (Arlington)
P.O. Box 415949
Boston, MA 02241-5949


Comcast (Memphis)
P.O. Box 415949
Boston, MA 02241-5949


Intuit QuickBooks Payments
Attn:  Collections
21650 Oxnard St, Suite 2200
Woodland Hills, CA 91367


KATZ-FM
3964 Collection Center Dr
Chicago, IL 60693-0039


Lamar Adv.
P.O. Box 96030
Baton Rouge, LA 70896


Miami Church Bulletin
P.O. Box 2703
Schiller Park, IL 60176


Miami Church Bulletin
c/o Brent & Clark
721 E. Madison St, Suite 200
Villa Park, IL 60181


Mountain Times
P.O. Box 1815
Boone, NC 28607


Outfront (Atlanta)
185 US Hwy 46
Fairfield, NJ 07004


Pandora (Atlanta)
25601 Network Pl
Chicago, IL 60673-1256


8

Pandora (Birmingham)
25601 Network Pl
Chicago, IL 60673-1256

Pandora (Greenville)
25601 Network Pl
Chicago, IL 60673-1256

Pandora (Memphis)
25601 Network Pl
Chicago, IL 60673-1256

Pandora (Nashville)
25601 Network Pl
Chicago, IL 60673-1256

Spectrum Reach f/k/a
Time Warner Cable (Cary)
1633 Broadway, 39th Floor
New York, NY 10019

ValPak (Bham)
805 Executive Center Dr West
St. Petersburg, FL 33702

ValPak (Bham)
c/o Cisco, Inc.
P.O. Box 801088
Houston, TX 77280-1088

ValPak (Memphis)
805 Executive Center Dr West
St. Petersburg, FL 33702

ValPak (Memphis)
c/o Cisco, Inc.
P.O. Box 801088
Houston, TX 77280-1088

WBLS-FM (Emmis Communications)
P.O. Box 842136
Boston, MA 02284-2136

WCJK-FM (Midwest Comm)
P.O. Box 40506
Nashville, TN 37204

9

WCJK-FM (Midwest Comm)
c/o Richard T Avis, Attorney
P.O. Box 31579
Chicago, IL 60631

WEGR-FM (iHeart)
P.O. Box 406372
Atlanta, GA 30384-6372

WERQ-FM
1705 Whitehead Rd
Baltimore, MD 21207

WGFX-FM
3617 Momentum Pl
Chicago, IL 60689-5336

WIKS-FM
207 Glenburnie Dr
New Bern, NC 28560

WJXA-FM (Midwest Comm)
P.O. Box 40506
Nashville, TN 37204

WJXA-FM (Midwest Comm)
c/o Richard T Avis, Attorney
P.O. Box 31579
Chicago, IL 60631

WKYS-FM (Radio One)
8515 Georgia Ave
Silver Spring, MD 20910

WMMJ-FM (Radio One)
8515 Georgia Ave
Silver Spring, MD 20910

WQOK-FM/WNNL (Radio One)
8001-101 Creedmoor Rd
Raleigh, NC 27613

WRBO-FM
3644 Momentum Pl
Chicago, IL 60689-5336

10

WROQ-FM
P.O. Box 92911
Cleveland, OH 44194

WSB-AM (Cox Media)
P.O. Box 83191
Chicago, IL 60691-0191

WSB-FM (Cox Media)
P.O. Box 83191
Chicago, IL 60691-0191

WSRV-FM
P.O. Box 83191
Chicago, IL 60691-0191

WSSL-FM (iHeart)
P.O. Box 406372
Atlanta, GA 30384-6372

WUPA-TV (CW)
P.O. Box 13837
Newark, NJ 07188-0837

WWIN-FM
P.O. Box 603441
Charlotte, NC 28260-3441