# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 20-62464-WLH  
**Case Name:** WILLIAMS, MARY TORRENCE  
**For Period Ending:** 06/30/2020

**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 02/09/2020 (f)  
**§ 341(a) Meeting Date:** 03/17/2020  
**Claims Bar Date:** 09/24/2020

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1* | 1/2 Interet - 2518 Chimney Ridge Dr SW, Conyers, GA 30094-0000, Rockdale County<br>Trustee values entire property at $260,000.00.  (See Footnote) | 115,000.00 | 23,947.50 | | 0.00 | 130,000.00 |
| 2 | 2014 Hyundai Genesis, 87,000 miles<br>Notice of abandonment filed on 6/25/20, Dkt # 26. | 11,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | Household goods, furnishings, appliances, etc. | 2,500.00 | 0.00 | | 0.00 | FA |
| 4 | iPad (old); iPhone | 400.00 | 0.00 | | 0.00 | FA |
| 5 | Paintings | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Golf clubs (old) | 50.00 | 0.00 | | 0.00 | FA |
| 7 | Clothes, shoes, accessories | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Costume jewelry ($200); Apple Watch ($200) | 400.00 | 400.00 | | 0.00 | FA |
| 9 | Wedding ring | 5,000.00 | 0.00 | | 0.00 | FA |
| 10 | Checking (3003): Bank of America | 4,731.11 | 0.00 | | 0.00 | FA |
| 11 | Savings (3842): Bank of America | 343.92 | 343.92 | | 0.00 | 343.92 |
| 12 | Checking (1868): Bank of America | 125.81 | 125.81 | | 0.00 | 125.81 |
| 13 | Savings (1876): Bank of America | 2,346.77 | 377.88 | | 0.00 | 2,346.77 |
| 14 | Insured Deposit Account: Ameritrade | 311.14 | 311.14 | | 0.00 | 311.14 |
| 15 | Mary Torrence LLC dba Total Marketing Solutions, 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Banner - Term Life | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Guardian - Long Term Care | 0.00 | 0.00 | | 0.00 | FA |
| 18 | Cincinnati Life - Term Life | 0.00 | 0.00 | | 0.00 | FA |
| 19 | Primerica Term Life | 0.00 | 0.00 | | 0.00 | FA |
| 20 | Books | 100.00 | 0.00 | | 0.00 | FA |

Case 20-62464-wlh    Doc 36    Filed 07/30/20    Entered 07/30/20 18:39:19    Desc
Page 2 of 2

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 20-62464-WLH  
**Case Name:** WILLIAMS, MARY TORRENCE  
**For Period Ending:** 06/30/2020

**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 02/09/2020 (f)  
**§ 341(a) Meeting Date:** 03/17/2020  
**Claims Bar Date:** 09/24/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 21* | Tax Refund (u) (See Footnote) | Unknown | Unknown |  | 0.00 | Unknown |
| 21 | **Assets    Totals**   (Excluding unknown values) | **$143,308.75** | **$25,506.25** |  | **$0.00** | **$133,127.64** |

RE PROP# 1    Co-owns property with non-filing spouse. Scheduled amount adjusted to $115,000 to reflect Debtor's one-half interest in property Debtor valued at $230,000.

RE PROP# 21    2019 tax returns are on extension. Once filed, Trustee to review for potential refunds.

**Major Activities Affecting Case Closing:**

Trustee and Debtor are in discussions to sell the equity in the real property located at 2518 Chimney ridge Drive to the Debtor over 24 months.

**Initial Projected Date Of Final Report (TFR):**    09/30/2022        **Current Projected Date Of Final Report (TFR):**    09/30/2022

07/30/2020  
Date

/s/S. Gregory Hays  
S. Gregory Hays