UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

**REQUEST FOR
CHANGE OF ADDRESS**

CASE NAME:  MARY TORRENCE WILLIAMS

CASE NUMBER:  20-62464    JUDGE:  WLH    CHAPTER:  7

CHANGE FOR

DEBTOR ■    CREDITOR ☐    ATTORNEY ☐  (for) Debtor ☐  Creditor ☐

NOTE: (For Attorneys Only) If More Than One Case, Please Attach List.

EFFECTIVE DATE OF CHANGE:  April 21, 2022

BAR I.D. NUMBER:  777662

NAME:
NEW ADDRESS:    Mary Torrence Williams
718 Renaissance Way
Conyers, GA 30012

*************************************************************************

NAME:
OLD ADDRESS:    Mary Torrence Williams
2518 Chimney Ridge Dr SW
Conyers, GA 30094

This Change of Address was furnished by:

/s/ Angelyn M. Wright
Angelyn M. Wright, Esq.
The Wright Law Alliance, P.C.
1244 Clairmont Road, Suite 222
P.O. Box 3576
Decatur, GA 30031
(404) 373-9933 (phone)
(888) 900-0610 (fax)
twlopc@earthlink.net

Date  April 21, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of April, 2022, I electronically filed the foregoing *Request for Change of Address* with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

Capital One Auto Finance, a division of Capital One, N.A.
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Mary Torrence Williams
718 Renaissance Way
Conyers, GA 30012

This 21st day of April, 2022.

/s/ Angelyn M. Wright
Angelyn M. Wright
Georgia Bar No. 777662
*Attorney for Debtor*

THE WRIGHT LAW ALLIANCE, P.C.
1244 Clairmont Road, Suite 222
P.O. Box 3576
Decatur, GA  30031
(404) 373-9933 (phone)
(888) 900-0610 (fax)
twlopc@earthlink.net