UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| MARY TORRENCE WILLIAMS, | : | CASE NO. 20-62464-WLH |
| | : | |
| Debtor. | : | |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS INTO REGISTRY OF COURT**

S. Gregory Hays, the Trustee of the named estate, hereby shows the following:

1. In accordance with 11 U.S.C. Section 347(a), payment has been stopped on all checks of the estate which remain unpaid, as identified in Paragraph 2 below. The total sum of these checks is $532.49, which has been deposited with the Court for disposition pursuant to 28 U.S.C. Section 2041 *et. seq.*

2. Pursuant to Federal Rules of Bankruptcy Procedure 3011, the last known name and address of each entity whose final dividend check has not been presented for payment and the amount that such entity is entitled to be paid from the property of the estate which has been paid into the Court is as follows:

| **Name and Last Known Address** | **Amount** |
|---|---|
| APG-EAST, LLC<br>PO Box 1815<br>Boone, NC 28607 | $288.17 |
| Lamar Advertising Company<br>Credit Department<br>PO Box 66338<br>Baton Rouge, LA 70896 | $244.32 |

Hays Financial Consulting, LLC
2964 Peachtree Rd, NW, Suite 555
Atlanta, Georgia 30305
(404) 926-0060

/s
S. Gregory Hays
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Notice of Deposit of Unclaimed Funds into Registry of Court was sent correctly addressed with proper postage by First Class U.S. Mail to the following:

Office of the U.S. Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303

APG-EAST, LLC
PO Box 1815
Boone, NC 28607

Lamar Advertising Company
Credit Department
PO Box 66338
Baton Rouge, LA 70896

This 16th day of January, 2024.

/s/
S. Gregory Hays
Chapter 7 Trustee